## (March 8, 1967)

■  THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. P. DUN-LEAVY, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent.— Motion by appellant for leave to appeal as a poor person and for other relief on appeal from an order of the Supreme Court, Westchester County, dated January 18, 1967. Motion denied. The order denied an application which appellant describes as one for *coram nobis* relief. The application was based on a claim that appellant had been prevented by the prison authorities from taking a timely appeal from an order or judgment denying a prior application, directed against the Warden of Sing Sing Prison, to compel adequate medical treatment. However, it appears that appellant was transferred to Green Haven Prison after the denial of his prior application. Under the circumstances, his prior application and his subsequent *"coram nobis"* application have become moot. Ughetta, Acting P. J., Christ, Brennan, Rabin and Benjamin, JJ., concur.

■  In the Matter of SANTO R. SGARLATO, JR., an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.— Motion by respondent to amend this court's order dated February 14, 1967 [27 A D 2d 738] so as to make the effective date of his two-year suspension from the practice of law commence on June 2, 1967 instead of March 6, 1967. Motion granted to the extent of amending said order so as to make the effective date of said suspension April 15, 1967 and otherwise denied. Beldock, P. J., Ughetta, Christ, Brennan and Benjamin, JJ., concur.